IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00604-BNB

MICHAEL WAYNE BINGHAM, CDOC # 111108,

Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, CDOC,
WARDEN TIMME, FCF,
LT. KOCHEVER,
LT. TAPPI,
LT. DIRECTO,
SGT. MARTIN,
SGT. STOGHILL, and
JIM MOORE, CDO, HQ Offender Services,

Defendants.

---

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2010

GREGORY C. LANGHAM
CLERK

---

ORDER

---

In response to Mr. Bingham's pleading filed on April 9, 2010, the arrangements for the initial or for monthly payments are an inmate's responsibility and will not be deducted automatically from the inmate's account. Title 28 U.S.C. § 1915(b)(2) requires that a prisoner "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account," provided the prisoner's account exceeds $10.00. This provision requires the prisoner to make the payment at the time his account is credited, before the prisoner engages in other, discretionary spending of that income. *Harris v. Colorado Dept. of Corrections*, 2000 WL 33193816, at *1 (D. Colo. Dec. 19, 2000).

Furthermore, Mr. Bingham is directed to make his payments by the **15th day** of

**each** month and without any further notice from or order of the Court. Mr. Bingham is directed either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. Accordingly, it is

ORDERED that Mr. Bingham is directed to comply with this Order as set forth above. It is

FURTHER ORDERED that Mr. Bingham shall comply with the Court's April 1, 2010, Order instructing him to pay the initial partial filing fee of $14.00 within thirty days of the date of this Order. It is

FURTHER ORDERED that if within the time allowed Mr. Bingham fails to have the designated initial partial filing fee or monthly payments sent to the Clerk of the Court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice.

DATED April 13, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00604-BNB

Michael Wayne Bingham
Prisoner No. 111108
Sterling Correctional Facility
PO Box 6000 - Unit 4-B-308
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/13/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk