IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00604-DME-CBS

MICHAEL WAYNE BINGHAM,

        Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, CDOC,
WARDEN TIMME, FCF,
LT. KOCHEVER,
LT. DIRECTO,
SGT. MARTIN,
SGT. STOGHILL,
JIM MOORE,
WARDEN MILYARD,
C/O CLINTON AULTMAN, and
JANEEN LANE,

        Defendants.

## ORDER TO CURE DEFICIENCY

Ebel, Judge

        Plaintiff submitted a Prisoner's Motion and Affidavit for leave to proceed on Appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 which is being treated as a Notice of Appeal on July 19, 2011. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X   is not submitted
          is missing affidavit

1

  __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __ is missing required financial information
  __ is missing an original signature by the prisoner
  __ is not on proper form (must use the court's current form)
  __ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this 22nd day of July, 2011.

        BY THE COURT:

        *s/ David M. Ebel*

        JUDGE, UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF COLORADO